```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 24613
   CHARLES E HUSK
   CAROL L GILLETTE HUSK                        CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3539    SSN XXX-XX-6175


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/22/05 and confirmed on 10/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  80881.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
US BANK HOME MTGE          CURRENT MORTG           .00          .00          .00
CONSUMERS COOP CU          SECURED VEHIC       739.98        28.74       739.98
CONSUMERS COOP CU          SECURED VEHIC      9153.86       355.61      9153.86
DELL FINANCIAL             SECURED              250.00          .00       250.00
INTERNAL REVENUE SERVICE   PRIORITY            3822.51        32.70      3822.51
RESURGENT CAPITAL SERVIC   UNSECURED          20831.20      1252.82     20831.20
ECAST SETTLEMENT CORPORA   UNSECURED          14805.11       890.39     14805.11
ECAST SETTLEMENT CORPORA   UNSECURED           6866.80       412.98      6866.80
DISCOVER BANK              UNSECURED           2620.94       157.62      2620.94
ECAST SETTLEMENT CORP      UNSECURED           6064.15       364.74      6064.15
HELP SERVICE GROUP         UNSECURED               .00          .00          .00
ECMC                       UNSECURED               .00          .00          .00
CONSUMERS COOP CU          SECURED             2160.91          .00      2160.91
LAKE COUNTY COLLECTOR      SECURED             3852.59          .00      3852.59
DELL FINANCIAL             UNSECURED            664.38        53.83       664.38
INTERNAL REVENUE SERVICE   UNSECURED             41.84         2.95        41.84
           Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED  16157.34    3822.51     51894.42          .00      71874.27
PRINCIPAL PAID      16157.34    3822.51     51894.42          .00      71874.27
INTEREST PAID         384.35      32.70      3135.33          .00       3552.38
TOTAL PAID          16541.69    3855.21     55029.75          .00      75426.65
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   3344.90 .

Refunds to the Debtor totaled $     109.45 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 24613 CHARLES E HUSK & CAROL L GILLETTE HUSK